LEATHERS *v.* McGUIRE.

LUMPKIN, J.   1. There was no abuse of discretion in refusing to grant a continuance.

2. The verdict was supported by the evidence.

*Judgment affirmed. All the Justices concur.*

Argued July 21, 1908.—Decided February 9, 1909.

Complaint. Before Judge Edwards. Douglas superior court. August 24, 1907.

*W. A. James,* for plaintiff. *Roberts & Hutcheson,* for defendant.